### McGILL v MILLER

Ohio Appeals, 2nd Dist, Franklin Co

No 2333. Decided Nov 2, 1933

B. W. Gearhart, Columbus, for plaintiff. Miller, Miller & Snider, Columbus, for defendant.

### OPINION

By BARNES, J.

The above entitled appeal is dismissed for the following reasons:

Cause No. 2338, being the same question and between the same parties, but in reverse order, has this day been determined and by reason thereof the appeal proceeding is dismissed, as a matter of course.

We might further state that the case is not appealable and should be dismissed upon that ground, if no other.

HORNBECK, PJ, and KUNKLE, J, concur.